

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00162-CV

**RAYMOND SMITH, SR. AND**
**MARVIN HAWKINS, JR.,**

**Appellants**

**v.**

**LAURA FINCH,**

**Appellee**

### From the County Court at Law
### Hill County, Texas
### Trial Court No. CV114-24CC

## MEMORANDUM OPINION

The record in this case contains no written, appealable order or judgment signed by the trial court. *See* TEX. R. APP. P. 26.1. Though the record contains a docket sheet entry dated March 6, 2024 stating that the case was dismissed for want of jurisdiction and that the appeal bond was to be returned to Hawkins, a docket sheet entry is insufficient to constitute a judgment or decree of the court. *See Barnes v. Deadrick*, 464 S.W.3d 48, 53 (Tex. App.—Houston [1st Dist.] 2015, no pet.).

In a letter dated September 10, 2024, both Smith and Hawkins were notified about the absence of a final, appealable judgment or order in the record and were warned that this Court would dismiss their appeal unless they filed a response within 14 days showing grounds for continuing the appeal. *See* TEX. R. APP. P. 26.1, 42.3, 44.3. Neither Smith nor Hawkins filed the requested response.

Because there is no appealable order or judgment in the record, we lack jurisdiction and dismiss Smith's and Hawkins's appeal. TEX. R. APP. P. 42.3, 44.3.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 3, 2024
Do not publish
[CV06]

